FILED
MAR 0 9 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W10CR066 |
| Plaintiff, | * | INDICTMENT |
| V. | * | [VIO: 18 U.S.C. 2422(a) – Coercion and Enticement] |
| VINCENT ERIC LUCERO, | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

On or about March 6, 2010, in the Western District of Texas and elsewhere, the Defendant,

**VINCENT ERIC LUCERO,**

did knowingly persuade, induce, entice or coerce an individual to travel in interstate or foreign commerce, to engage in sexual activity for which a person could be charged with a criminal offense under the laws of the State of Texas, that is the crime of Sexual Assault, which would be a violation of the Texas Penal Code, Section 21.11, in violation of Title 18, United States Code, Section 2422(a).

A TRUE BILL:

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

_____
FOREPERSON

JOHN E. MURPHY
United States Attorney

By: /s/ _____
GREGORY S. GLOFF
Assistant United States Attorney

SEALED ____
UNSEALED X

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**W10CR066**

DATE: __03-09-2010__   MAG CT. #_____   CASE NO. _____
COUNTY: __FREESTONE__

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____GREGORY S. GLOFF_____

DEFENDANT: __VINCENT ERIC LUCERO__   DOB: __[redacted]__

CITIZENSHIP:   United States _X_   Mexican ____   Other ____
INTERPRETER NEEDED:   Yes ____   No _X_   Language ____

DEFENSE ATTORNEY: _____

DEFENDANT IS:   In Jail __YES__   WHERE: __State Custody__
                On Bond __NO__

PROSECUTION BY:   INFORMATION ____   INDICTMENT _X_

OFFENSE: (Code & Description) __18 U.S.C. 2422(a) – Coercion and Enticement__

OFFENSE IS:   FELONY __X__   MISDEMEANOR ____

MAXIMUM SENTENCE: _Not more than 20 years custody; $250,000 fine; $100 special assessment; not less than 5 years or life TSR_

PENALTY IS MANDATORY:   YES concerning:
                        Special Assessment and TSR

REMARKS: __[redacted]__