# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**VINCENT ERIC LUCERO**<br>*Defendant* | )<br>)<br>) Case No.: W:10-CR-066<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*VINCENT ERIC LUCERO*

who is accused of an offense or violation based upon the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows: 18:2422(a) - Coercion and Enticement

WILLIAM G. PUTNICKI
Name of Issuing Officer

By: *Suzanne Miles*
Deputy Clerk

Clerk, U.S. District Court
Title of Issuing Officer

March 9, 2010        Waco, Texas
Date and Location

Bail fixed at $ NO BOND

by Jeffrey C. Manske, United States Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*