IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | *   CRIMINAL NO. W-10-CR-066 |
| | * |
| VINCENT ERIC LUCERO | * |

## FACTUAL BASIS

Had this case proceeded to trial, the United States Attorney for the Western District of Texas was prepared to prove and would prove that:

On or about March 6, 2010, in the Western District of Texas and elsewhere, the Defendant,

**VINCENT ERIC LUCERO,**

did knowingly persuade, induce, entice or coerce an individual to travel in interstate or foreign commerce, to engage in sexual activity for which a person could be charged with a criminal offense under the laws of the State of Texas, that is the crime of Sexual Assault, which would be a violation of the Texas Penal Code, Section 21.11, in violation of Title 18, United States Code, Section 2422(a).

Specifically, the United States Attorney would prove beyond a reasonable doubt that:

On or about March 6, 2010, the Defendant, VINCENT ERIC LUCERO, travelled to Teague, Freestone County, Texas, located in the Waco Division of the Western District of Texas, from the State of Colorado to entice M.L.W., a fourteen-year old juvenile female, to travel with him back to Colorado to engage in sexual intercourse. M.L.W. could not give consent to travel because she was a juvenile and her parents did not give consent. The Defendant and M.L.W. stopped at a motel just outside Kansas City, Kansas, where they engaged in sexual intercourse, which would have been a sexual assault under the laws of the State of Texas, T.P.C. Section 21.11, had the act occurred in

Texas, since M.L.W. could not legally give a consent. The Defendant was 21 years of age at the time of this offense and knew M.L.W. was only 14 years of age.

Respectfully submitted,

JOHN E. MURPHY
United States Attorney

By: GREGORY S. GLOFF
Assistant United States Attorney

AGREED TO:

VINCENT ERIC LUCERO
Defendant

RONALD H. MOODY
Attorney for Defendant