PROB 12B
(7/93)
FILED

JUL 1 8 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS - WACO

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** LUCERO, Vincent Eric     **Case Number:** W-10-CR-066-01

**Name of Sentencing Judicial Officer:** United States District Judge Walter S. Smith, Jr.

**Date of Original Sentence:** December 15, 2010

**Original Offense:** 18 U.S.C. § 2422 (a) Coercion and Enticement

**Original Sentence:** 60 months BOP followed by five year supervised release; $100 special assessment; $1,000 fine; sex offender counseling; abide by lifestyle restrictions; no contact with children under 18; residence approval; shall not reside within 1,000 feet of a school or 100 feet of a place where children gather; no pornographic material; no internet use; register as a sex offender.

**Type of Supervision:** Supervised Release     **Date Supervision Commences:** August 1, 2014

---

## PREVIOUS COURT ACTION

On April 26, 2012, a Probation Form 12B, Request for Modifying the Conditions of Term of Supervision with Consent of the Offender, ordering the offender to sex offender treatment and sex offender registration. On April 30, 2012, Your Honor agreed with the recommendation and ordered the modification of supervised release.

Request for Modifying the
Conditions or Term of Supervision
With Consent of Offender

Page 2

## PETITIONING THE COURT

[X] To modify the conditions of supervision as follows:

The defendant shall reside and participate in a program of the Residential Re-Entry Center for a period of 180 days from admission or until released by the Center Director or the U.S. Probation Officer. Further, the defendant shall abide by all policy and procedure of said facility and pay 25% of his weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.

The defendant has waived his right to a hearing and counsel.

## CAUSE

The defendant is currently at the Residential Re-entry Center (RRC) in Austin, Texas. The defendant is a registered sex offender and has no ties to Waco or Austin and he is currently unemployed. The defendant's prerelease was denied in the District of Colorado where the defendant has all of his family ties. There are currently no beds available at the Austin RRC; however, the Waco RRC has a bed available and is holding it for the defendant.

Approved by:                                              Respectfully submitted,

_____                           _____
James R. Golden, Jr.                                      Matt Mooring
Supervising U.S. Probation Officer                        U. S. Probation Officer

Date: 7/15/14                                             Date: 7/15/14

Request for Modifying the
Conditions or Terms of Supervision
With Consent of Offender

Page 3

## THE COURT ORDERS:

☐ No Action

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other

_____
Walter S. Smith, Jr.
United States District Judge

_____7/16/14_____
Date

PROB 49

# UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall reside and participate in a program of the Residential Re-Entry Center for a period of 180 days from admission or until released by the Center Director or the U.S. Probation Officer. Further, the defendant shall abide by all policy and procedure of said facility and pay 25% of his weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.

Witness: _Matt Mooring_
U.S. Probation Officer

Signed: _Vincent Eric Lucero_
Supervised Releasee

7-14-14
Date