PROB 12C
(6/96)

*United States District Court*

for

## WESTERN DISTRICT OF TEXAS - WACO

*Petition for Warrant for Offender Under Supervision*

Name of Offender: Vincent Eric Lucero          Case Number: W-10-CR-066-01

Name of Sentencing Judicial Officer: The Honorable Walter S. Smith, Jr., United States District Judge

Date of Original Sentence: September 7, 2005

Original Offenses: 18 U.S.C. 2422 (a) Coercion and Enticement

Original Sentence: 60 months BOP; five years supervised release; $100 special assessment; $1,000 fine; sex offender registration; computer restrictions; internet restrictions; computer search and seizure; sex offender treatment, no contact with minors under 18.

Date Supervision Commenced: August 1, 2014     Type of Supervision: Supervised Release

Maximum Term of Imprisonment Upon Revocation: Two years

Assistant United States Attorney: Greg S. Gloff

Defense Attorney: Ronald H. Moody (A)

### PREVIOUS COURT ACTION

12A - May 1, 2015, reporting a failed polygraph based admitted hiring of prostitutes

### PETITIONING THE COURT

[X] To issue a warrant     [] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number #1:** The defendant violated mandatory condition #1, in that, since January, 2015, the defendant knowingly solicited another in a public place to engage with the person in sexual conduct for hire, in violation of Texas Penal Code Section 43.02(a)(2).

**Violation Number #2:** The defendant violated standard condition #7, in that, on or about May 26, 2015, the defendant admitted to the use and possession of "crack" cocaine on or about May 19, 2015.

**Violation Number 3:** The defendant violated standard condition #7, in that, on or about May 26, 2015, the defendant admitted to the possession and distribution of marijuana on or about May 12, 2015.

Approved by:

*[signature]*
La Donna Reyna, Supervising
U.S. Probation Officer
Date: June 4, 2015

Respectfully Submitted,

*[signature]*
Darren Porter, Senior
U.S. Probation Officer
Date: 6/4/15

---

THE COURT ORDERS:

☐ No Action

☒ The issuance of a warrant.

☒ The issuance of a summons.

☐ Other

*[signature]*
Honorable Walter S. Smith Jr., U.S. District Judge

6/5/15
Date