CLERK'S COPY

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

United States of America
v.

Case No. W-10-CR-066-01

VINCENT ERIC LUCERO
*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Vincent Lucero,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Violation of 18 U.S.C. § 3583 Violations of supervised release as described in the Petition attached

Date: 6/5/15

*Issuing officer's signature*

City and state: Waco, Texas

Walter S. Smith, Jr.
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. <br><br> Date: _____  _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |