# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | NO: WA:10-CR-00066(1)-WSS |
| | § | |
| (1) VINCENT ERIC LUCERO | § | |

## ORDER REVOKING SUPERVISED RELEASE and RE-SENTENCING OF DEFENDANT

On the 25th day of June, 2015, came on to be heard before the Court at Waco, Texas, a motion by the United States Attorney for the Western District of Texas, to revoke supervised release upon the grounds that the defendant has violated the conditions of his supervised release, and came said United States Attorney and the defendant, (1) VINCENT ERIC LUCERO, in person and by Ronald H. Moody, Counsel; and the Court, having heard said motion and having considered same, is of the opinion that said defendant has violated the provisions of his supervised release and that the ends of justice and the best interests of the public and of the defendant will not be subserved by continuing said defendant upon supervised release.

It is accordingly ORDERED by the Court that the supervised release order entered on December 15, 2010, be and the same is hereby revoked and set aside.

Now, on this the 25th day of June, 2015, it is the Order and Sentence of the Court that the defendant, (1) VINCENT ERIC LUCERO, for the said offense by him committed, as fully set out in the Judgment and Order of December 15, 2010, is hereby remanded to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS to be followed by no period of supervised release. The Court recommends that the defendant be incarcerated in the Denver, Colorado area.

All elements of the Judgment and Order of December 15, 2010, except the term of supervised release, will remain a part of the sentence.

The Clerk will provide the United States Bureau of Prisons with a certified copy of the Judgment and Commitment dated December 15, 2010.

The Clerk will provide the United States Marshal with one (1) certified copy of this Order and one (1) certified copy of the Judgment and Sentence entered herein on December 15, 2010, to serve as the commitment of the defendant.

SIGNED this 29th day of June, 2015.

_____
**WALTER S. SMITH, JR.**
**UNITED STATES DISTRICT JUDGE**